MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
JENNIFER A. FORNETTI, ESQ.
Nevada Bar No. 7644
**THE BOURASSA LAW GROUP**
2350 W Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@blgwins.com
        jfornetti@blgwins.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANA SCHEBLER, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOE EMPLOYEE 1, an individual; and DOES 2 through 20, inclusive,<br><br>        Defendants. | Case No.: 2:18-cv-02362-KJD-GWF<br><br><br>**STIPULATION AND ORDER TO AMEND PLAINTIFF'S OPERATIVE COMPLAINT** |

///

///

///

///

///

///

///

///

///

///

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DANA

2  SCHEBLER, by and through her counsel of record, The Bourassa Law Group and DEFENDANT

3  COSTCO WHOLESALE CORPORATION, by and through its counsel of record, Backus,

4  Carranza & Burden; to allow Plaintiff to file a First Amended Complaint.  A copy of the First

5  Amended Complaint is attached hereto as Exhibit "1."

6    DATED this 29th day of February, 2019          DATED this 5th day of February, 2019

7    BOURASSA LAW GROUP                              BACKUS, CARRANZA & BURDEN

8

9  By: _____                 By:  _____
       MARK J. BOURASSA, ESQ.                        EDGAR CARRANZA, ESQ.
10     Nevada Bar No. 7999                            Nevada Bar No. 5902
       JENNIFER A. FORNETTI, ESQ.                     JEREMY R. ROBINS, ESQ.
11     Nevada Bar No. 7644                            Nevada Bar No. 11701
       2350 W Charleston Blvd, Suite 100             3050 S Durango Drive
12     Las Vegas, Nevada 89102                        Las Vegas NV 89117
13     *Attorneys for Plaintiff*                      *Attorneys for Defendant*

14

15                                  **ORDER**

16    **IT IS SO ORDERED** that Plaintiff is allowed to file a First Amended Complaint.  A copy

17  of the First Amended Complaint is attached hereto as Exhibit "1."

18    DATED and DONE this 21st day of February, 2019.

19

20                                  _____
                                    UNITED STATES MAGISTRATE JUDGE

21  Submitted by:

22  **THE BOURASSA LAW GROUP**

23

24  By: _____
        MARK J. BOURASSA, ESQ.
25      Nevada Bar No. 7999
        JENNIFER A. FORNETTI, ESQ.
26      Nevada Bar No. 7644
        2350 W. Charleston Blvd., Suite 100
27      Las Vegas, Nevada 89102
        *Attorneys for Plaintiff*
28
                                    - 2 -