MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
JENNIFER A. FORNETTI, ESQ.
Nevada Bar No. 7644
**THE BOURASSA LAW GROUP**
2350 W Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@blgwins.com
jfornetti@blgwins.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANA SCHEBLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; JAIME MORREIRA, an individual; and DOES 2 through 20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02362-KJD-GWF<br><br>**STIPULATION AND ORDER TO REMAND** |

COMES NOW, Plaintiff, DANA SCHEBLER (hereinafter "Plaintiff"), by and through her attorneys of record, The Bourassa Law Group, and Defendants, COSTCO WHOLESALE CORPORATION and JAIME MORREIRA, by and through their attorneys of record, Backus, Carranza & Burden and hereby stipulate as follows:

1. On October 30, 2018, Plaintiff commenced an action in the Eighth Judicial District Court entitled *Schebler v. Costco Wholesale Corporation, et. al.* as Case Number A-18-783639-C.

2. Defendant Costco Wholesale Corporation was served with Plaintiff's Complaint on November 1, 2018.

3. On December 12, 2018, Defendant Costco Wholesale Corporation filed a Notice of Removal in the United State District Court for the District of Nevada, based on diversity jurisdiction

-1-

pursuant to 28 U.S.C. § 1332(a)(1).

4. At the time of filing the notice of removal, there was complete diversity in this matter as Plaintiff is a citizen of Nevada and Costco is a foreign corporation incorporated in the State of Washington.

5. Subsequently, Defendant Costco Wholesale Corporation revealed the identity of an employee alleged to be involved in this matter and the parties stipulated to allow Plaintiff to amend the pleadings to substitute Defendant Jaime Morreira, a Nevada resident, for a DOE Employee.

6. On February 20, 2019, Plaintiff filed her First Amended Complaint naming both Costco Wholesale Corporation and Jaime Morreira as defendants.

7. On February 22, 2019, Defendants filed an Answer, admitting that Defendant Jaime Morreira is a resident of Clark County, Nevada.

8. There are no motions pending in this action.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that this Court no longer has jurisdiction under 28 U.S.C. § 1332(a)(1) for this matter and that this action should be remanded back to the Eighth Judicial District Court for the State of Nevada in and for the County of Clark pursuant to 28 U.S.C. § 1447(e).

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the action pursuant to this stipulation and order.

| DATED this 8th day of March, 2019 | DATED this 8th day of March, 2019 |
|---|---|
| BOURASSA LAW GROUP | BACKUS, CARRANZA & BURDEN |
| By: /s/ Mark J. Bourassa, Esq.<br>MARK J. BOURASSA, ESQ.<br>Nevada Bar No. 7999<br>JENNIFER A. FORNETTI, ESQ.<br>Nevada Bar No. 7644<br>2350 W Charleston Blvd, Suite 100<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff* | By: /s/ Edgar Carranza, Esq.<br>EDGAR CARRANZA, ESQ.<br>Nevada Bar No. 5902<br>JEREMY R. ROBINS, ESQ.<br>Nevada Bar No. 11701<br>3050 S Durango Drive<br>Las Vegas NV 89117<br>*Attorneys for Defendant* |

# ORDER

The court having reviewed the parties' Stipulation to Remand Removed Action and good cause appearing, orders as follows:

1. The parties' stipulation is approved;
2. There are no pending motions; and
3. Case number 2:18-cv-02362-KJD-GWF styled *Schebler v. Costco Wholesale Corporation, et. al.* is hereby remanded to the Eighth Judicial District Court for the State of Nevada, Case Number A-18-783639-C.

**IT IS SO ORDERED .**

DATED and DONE this 12th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE
Case No. 2:18-cv-02362-KJD-GWF

Submitted by:

**THE BOURASSA LAW GROUP**

*/s/ Mark J. Bourassa, Esq.*
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
JENNIFER A. FORNETTI, ESQ.
Nevada Bar No. 7644
2350 W Charleston Blvd, Suite 100
Las Vegas NV 89102
Attorneys for Plaintiff